No. 54479.—Jasius Import Corp. *v.* United States, protests 144283–K and 147012–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 54480.—Owesen & Co., Inc. *v.* United States, protest 146866–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54481.—Inter-Maritime Forwarding Co. *v.* United States, protest 147529–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54482.—Rexel Merchandise Company *v.* United States, protest 149327–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54483.—M. M. Co., Inc. *v.* United States, protest 153112–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

No. 54484.—Hudson Shipping Co., Inc. *v.* United States, protest 153944–K (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, JUNE 27, 1950

No. 54485.—Alltransport, Incorporated *v.* United States, protest 154074–K (New York).

Opinion by LAWRENCE, J.   The protest was dismissed.

No. 54486.—Peck & Peck et al. *v.* United States, protests 111893–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

No. 54487.—Gimbel Bros., Inc., et al. *v.* United States, protests 142505–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

No. 54488.—American Express Co. et al. *v.* United States, protests 144550–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.